AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>KAGAN, ELENA | 2. Court or Organization<br><br>SUPREME COURT | 3. Date of Report<br><br>05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>1 FIRST STREET NE<br>WASHINGTON, D.C. 20543 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   VISITING PROFESSOR (SEPTEMBER 2015) | HARVARD LAW SCHOOL |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2015 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE - TEACHING | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE UNIVERSITY OF CHICAGO LAW SCHOOL | FEBRUARY 1-2, 2015 | CHICAGO, IL | SPEECH | TRANSPORTATION, MEALS |
| 2. | NORTHWESTERN UNIVERSITY SCHOOL OF LAW | FEBRUARY 3, 2015 | CHICAGO, IL | SPEECH | HOTEL, MEALS |
| 3. | STANFORD LAW SCHOOL | FEBRUARY 4-5, 2015 | STANFORD, CA | SPEECH, MOOT COURT | TRANSPORTATION, HOTEL, MEALS |
| 4. | HARVARD LAW SCHOOL | JUNE 17, 2015 | CAMBRIDGE, MA | SPEECH | TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/11/2016 |

| 5. | HEBREW UNIVERSITY OF JERUSALEM FACULTY OF LAW | AUGUST 29-SEPTEMBER 5, 2015 | MT. SCOPUS, JERUSALEM | SPEECH | TRANSPORTATION, HOTEL, MEALS |
|---|---|---|---|---|---|
| 6. | HARVARD LAW SCHOOL | SEPTEMBER 8-12, 2015 | CAMBRIDGE, MA | TEACHING, SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 7. | THE OHIO STATE UNIVERSITY MORITZ COLLEGE OF LAW | SEPTEMBER 29-30, 2015 | COLUMBUS, OH | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 8. | HARVARD LAW SCHOOL | NOVEMBER 15-18, 2015 | CAMBRIDGE, MA | MOOT COURT, SPEECH | TRANSPORTATION, HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **KAGAN, ELENA** | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | THE UNIVERSITY OF CHICAGO LAW SCHOOL | THE PUBLIC AND ITS GOVERNMENT BY FELIX FRANKFURTER (FIRST EDITION; SIGNED BY AUTHOR) | $499.94 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION ACCOUNT | A | Interest | N | T | | | | | |
| 2. FRANKLIN TEMPLETON MUTUAL BEACON FUND | D | Dividend | L | T | | | | | |
| 3. VANGUARD PRIME MONEY MKT FUND | A | Dividend | K | T | | | | | |
| 4. VANGUARD TOTAL STOCK MKT INDEX ADM | C | Dividend | M | T | | | | | |
| 5. UNIV. OF CHICAGO RET - TIAA TRADITIONAL GUARANTEED FIXED ANNUITY | B | Interest | L | T | | | | | |
| 6. UNIV. OF CHICAGO RET - CREF STOCK QCSTIX | | None | K | T | | | | | |
| 7. UNIV. OF CHICAGO RET - CREF BOND MARKET VIABILITY ANNUITY QCBMIX | | None | K | T | | | | | |
| 8. UNIV. OF CHICAGO RET - VANGUARD INT-TERM BOND | A | Dividend | K | T | | | | | |
| 9. UNIV. OF CHICAGO RET - VANGUARD WINDSOR FUND ADMIRAL | C | Dividend | K | T | | | | | |
| 10. IRA #1 - FIDELITY MAGELLAN FUND | D | Dividend | M | T | | | | | |
| 11. IRA #1 - FIDELITY PURITAN FUND | D | Dividend | M | T | | | | | |
| 12. IRA #1 - FIDELITY INTERMED BOND FUND | B | Dividend | L | T | | | | | |
| 13. IRA #2 - VANGUARD TOTAL BOND MKT INDEX | A | Dividend | K | T | | | | | |
| 14. IRA #2 - VANGUARD FED MONEY MKT FUND | A | Dividend | J | T | | | | | |
| 15. IRA #2 - VANGUARD WELLESLEY INC FUND | C | Dividend | L | T | | | | | |
| 16. IRA #2 - VANGUARD 500 INDEX FUND | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. IRA #2 - VANGUARD INTL EXPLORER FUND | B | Dividend | K | T | | | | | |
| 18. DREYFUS GNMA FUND - CLASS Z | A | Dividend | J | T | | | | | |
| 19. VANGUARD - GNMA FUND INVESTOR SHARES | A | Dividend | J | T | | | | | |
| 20. CHARLES SCHWAB MONEY MARKET ACCOUNT | A | Dividend | L | T | Distributed (part) | 06/25/15 | J | | |
| 21. SCHWAB S&P 500 INDEX FUND | C | Dividend | M | T | | | | | |
| 22. WASHINGTON, DC - RENTAL PROPERTY | B | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS:

LINE 6: CREF STOCK TRANSFER OF CLASS WITHIN FUND, RESULTING IN NAME CHANGE FROM QCSTRX TO QCSTIX.

LINE 7: CREF BOND TRANSFER OF CLASS WITHIN FUND, RESULTING IN NAME CHANGE FROM QCBMRX TO QCBMIX.

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELENA KAGAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544